IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| U.S. METALS, INC. § | |
| § | |
| Plaintiff, § | |
| § | |
| Vs. § | CIVIL ACTION NO. H-12-379 |
| § | |
| LIBERTY MUTUAL GROUP, INC., § | |
| § | |
| Defendant. § | |

# FINAL JUDGMENT

For the reasons stated in the Court's Order (**Instrument No. 93**), signed on the  2nd  day of July, 2013, this action is **DISMISSED**.

**THIS IS A FINAL JUDGMENT**.

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the  2nd  day of July, 2013, at Houston, Texas.

_____
**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**