IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| U.S. METALS, INC., § | |
| *Plaintiff* § | |
| § | CIVIL ACTION NO. 4:12-CV-00379 |
| v. § | |
| § | JURY DEMANDED |
| LIBERTY MUTUAL GROUP INC. D/B/A § | |
| LIBERTY INSURANCE § | |
| CORPORATION, § | |
| *Defendant.* § | |

## U.S. METALS, INC.'S NOTICE OF APPEAL

Notice is hereby given that U.S. Metals, Inc., Plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from (a) the final judgment entered in this action on July 2, 2013 (D.E. 94), (b) the Order on the parties' cross-motions for summary judgment entered in this action on July 2, 2013 (D.E. 93), (c) March 1, 2013, minute entry order denying Rule 30(b)(6) corporate representative deposition (D.E. 63), (d) April 29, 2013, minute entry order permitting deposition of Defendants' corporate representative but limiting its scope and topics (D.E. 79), (e) Order dated April 30, 2013, permitting deposition of Defendants' corporate representative but limiting its scope and topics (D.E. 80), and (f) district court's implied denial (via final judgment) of pending complaints about Defendants failure to produce relevant and responsive documents.

133451

1

Respectfully submitted,

**FERNELIUS ALVAREZ PLLC**

By /s/ *Graig J. Alvarez*
   Graig J. Alvarez
   Attorney-in-Charge
   State Bar No. 24001647
   Federal I.D. No. 22596
1221 McKinney, Suite 3200
Houston, Texas 77010-3095
Email: galvarez@fa-lawfirm.com
Telephone: 713-654-1200
Telecopier: 713-654-4039

ATTORNEYS FOR PLAINTIFF U.S. METALS, INC.

OF COUNSEL:

Lance R. Bremer
State Bar No. 24006892
Federal I.D. No. 23221
Ryan M. Perdue
State Bar No. 24046611
Federal I.D. No. 580962
Email: rperdue@fa-lawfirm.com
Fernelius Alvarez PLLC
1221 McKinney, Suite 3200
Houston, Texas 77010-3095
Telephone: 713-654-1200
Telecopier: 713-654-4039

## **CERTIFICATE OF SERVICE**

      I hereby certify that all attorneys of record who have consented to electronic service are being served this 1st day of August, 2013, with a copy of this document via the Court's CM/ECF system.

                                                   /s/ *Graig J. Alvarez*
                                                        Graig J. Alvarez