# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 13-20433

United States District Court
Southern District of Texas
FILED

SEP 17 2013

David J. Bradley, Clerk of Court

U.S. METALS, INCORPORATED,

    Plaintiff - Appellant

v.

LIBERTY MUTUAL GROUP, INCORPORATED, doing business as Liberty Insurance Corporation,

    Defendant - Appellee

Appeal from the United States District Court for the
Southern District of Texas, Houston

CLERK'S OFFICE:

Under 5th Cir. R.42.3, the appeal is dismissed as of September 12, 2013, for want of prosecution. The appellant failed to timely order transcripts and make finanical arrangements with the court reporter.

    LYLE W. CAYCE
    Clerk of the United States Court
    of Appeals for the Fifth Circuit

    By: _____
    Christina A. Gardner, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By: _____
    Deputy
New Orleans, Louisiana   SEP 1 2 2013

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

September 12, 2013

United States District Court  
Southern District of Texas  
FILED

SEP 17 2013

David J. Bradley, Clerk of Court

Mr. David J. Bradley  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

    No. 13-20433,  
    U.S. Metals, Incorporated v. Liberty Mutual Group, Inc.  
    USDC No. 4:12-CV-379

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Christina Gardner*  
Christina A. Gardner, Deputy Clerk  
504-310-7684

cc w/encl:  
    Mr. Graig J. Alvarez  
    Mr. Lance R. Bremer  
    Mr. Levon G. Hovnatanian  
    Mr. Christopher Weldon Martin